# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             CASE NO. 1:11cv117-MP-GRJ

CONTENTS OF A BANK OF AMERICA
ACCOUNT #898042713732, UNDER THE
NAME OF ON TIME TAX SERVICE INC.
FT. LAUDERDALE ESCROW ACCOUNT,

    Defendant.
_____/

## O R D E R

    On January 17, 2012, the court entered a decree of forfeiture which erroneously contained account information from a related forfeiture case. (Doc. 7). Under Rule 60(a) of the Federal Rules of Civil Procedure "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

    Accordingly, the court's Decree of Forfeiture (doc. 7) is hereby VACATED and a corrected decree of forfeiture will issue separately.

    **DONE and ORDERED** this 9th day of March, 2012.

                                                 *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**